ESTHER S. HILLER, as Administratrix, etc., Respondent, *v.* THE ROME, WATERTOWN AND OGDENSBURG RAILROAD COMPANY, Appellant.

(Submitted January 29, 1889; decided February 8, 1889.)

APPEAL from order of the General Term of the Supreme Court in the fourth judicial department, made September 18, 1888, which affirmed an order of Special Term denying a motion to change the place of trial in the above-entitled action.

*Edmund B. Wynn* for appellant.

*Louis Marshall* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.